Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| JOHN FLORES HERNANDEZ | ) Chapter 13 <br> ) <br> ) Case No.: 8:05-bk-13543-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301063** in the sum of **$   4.08** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    HOUSEHOLD BANK
    P O BOX 746
    WOOD DALE, IL 90703

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0513543 | JOHN FLORES HERNANDEZ<br>ACCT: 0547 | Claim: 10014 | XXX-XX-7586 | 4.08 | 0.00 | 4.08 |
| | | TOTALS | | 4.08 | 0.00 | 4.08 |

JOHN FLORES HERNANDEZ

BALANCE:              [0.00  33/10014]
SSN: XXX-XX-7586      SSN:
ACCT: 0547                      CASE: 0513543
PRINCIPAL:      4.08  INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301063

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$4.08

PAY  Four And 08 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301063⑈  ⑆061100790⑆  0000005751862⑈